```
                UNITED STATES BANKRUPTCY COURT
                 NORTHERN DISTRICT OF GEORGIA
                         ROME DIVISION

IN RE: JOSEPH KEITH HOLTZCLAW,     {  CHAPTER 13
       TABITHA ABIGAIL HOLTZCLAW,  {
                                   {
       DEBTOR(s)                   {  CASE NO. R23-41689-PWB
                                   {
                                   {  JUDGE BONAPFEL
```

**SUPPLEMENTAL OBJECTION TO CONFIRMATION**

COMES NOW K. EDWARD SAFIR, CHAPTER 13 TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

1. The amended Chapter 13 plan filed January 22, 2024 fails to indicate the proposed change(s) to Section 3.5 at the top right of the form, possibly rendering those changes ineffective. General Order No. 41-2020.

2. The proposed plan fails to provide for the treatment of WAMM Finance. However, said creditor has filed a secured claim.

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of this Debtor's (s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

```
                              _____/s/_____
                              Brandi L. Kirkland, Attorney
                              for Chapter 13 Trustee
                              GA Bar No. 423627
```

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
brandik@atlch13tt.com

R23-41689-PWB

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the parties or attorneys of record. I have also on this day caused a copy of the pleading to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows:

JOSEPH KEITH HOLTZCLAW
4348 POLLY ROAD
DALTON, GA 30721

TABITHA ABIGAIL HOLTZCLAW
4348 POLLY ROAD
DALTON, GA 30721

This 24th day of January, 2024

Respectfully submitted,

 /s/
Brandi L. Kirkland, Attorney
for the Chapter 13 Trustee
GA Bar No. 423627

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
brandik@atlch13tt.com